UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ,

                    Plaintiff,

        - against -

THE RICHTER & PHILLIPS COM-
PANY,

                    Defendant.

26-cv-4625 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **September 4, 2026**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket.

SO ORDERED.

Dated:    New York, New York
          June 5, 2026

                                    _____
                                          John G. Koeltl
                                    United States District Judge